Gary M. Kaplan (State Bar No. 155530)
gkaplan@fbm.com
Anthony Schoenberg (State Bar No. 203714)
aschoenberg@fbm.com
Eugene Mar (State Bar No. 227071)
emar@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
John M. Ugai (State Bar No. 318565)
jugai@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff, Cross-Defendant and Counterclaimant in Reply
TRILLIANT NETWORKS (CANADA) INC.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>INGENU, INC.,<br><br>Debtor.<br><br>TRILLIANT NETWORKS (CANADA) INC.,<br><br>Plaintiff, Cross-Defendant and Counterclaimant in Reply,<br><br>vs.<br><br>INGENU, INC.,<br><br>Defendant, Cross-Complainant and Counterdefendant in Reply. | Case No. 20-03779-LT<br><br>Chapter 11<br><br>Adv. Proc. No. 20-90108-LT<br><br>**DECLARATION OF EXPERT WITNESS ELIZABETH A. DEAN, CPA**<br><br>Judge: Hon. Laura S. Taylor<br>Dept.: Dept. 3, Rm. 129<br><br>Complaint Filed: September 18, 2020<br>Trial Date: October 16, 2023 |

I, Elizabeth Dean, declare as follows:

1. I am a Certified Public Account and a Managing Director at Alvarez & Marsal. The following facts are within my personal knowledge, and if called upon to testify, I could and would testify to the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Rebuttal Expert

Report ("Report") that I prepared in connection with the above-captioned matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on October 5, 2023.

Elizabeth A. Dean, CPA