# EXHIBIT A

## TO THE DECLARATION OF EXPERT WITNESS ELIZABETH A. DEAN, CPA

**PROVISIONALLY FILED UNDER SEAL**